IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| MARITZA MESZAROS REYES, | ) | Civil Case No.: 3:12-cv-00298-JFA |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | TEMPORARY ORDER |
| | ) | |
| HARRY LEE LANGFORD JEFFCOAT, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

| | |
|---|---|
| DATE OF HEARING: | February 7, 2012 |
| PRESIDING JUDGE: | The Honorable Joseph F. Anderson, Jr. |
| PETITIONER'S ATTORNEYS: | James T. McLaren, Wilmot Irvin, Robert Arenstein |
| RESPONDENT'S ATTORNEYS: | Timothy Madden and Reid Sherrod |

This matter is before the Court under the provisions of the Convention on the civil aspects of International Child Abduction, done at the Hague on October 25, 1980. A status conference was held on February 7, 2012, at which time counsel for the parties agreed to the entry of this Temporary Order, pending determination by this Court of the Hague issues.

NOW, THEREFORE, IT IS ACCORDINGLY,

ORDERED AS FOLLOWS:

1. All proceedings and determinations as to custody of the subject children are stayed pending the Hague determination to be made by this Court in this proceeding.

2. When requested by this Court, the subject children shall be brought before the Court.

3.      Within five (5) days of the date of this Order, Petitioner and Respondent shall deposit the children's passports and their other travel documents with this Court.

4.      Pending the Hague determination by this Court, both parents shall have reasonable, liberal access to the subject children, in person, telephonically and electronically.

5.      Pending this Court's Hague determination, the children shall not be removed from the jurisdiction of this Court.

IT IS SO ORDERED.

*Joseph F. Anderson Jr*

February 15, 2012                            Joseph F. Anderson, Jr.
Columbia, South Carolina                     United States District Judge