IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Maritza Meszaros Reyes, | ) | C/A No.: 3:12-cv-298-JFA |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Harry Lee Langford Jeffcoat, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter comes before the court on Petitioner's Motion for Protective Order. (ECF No. 39). In the motion, Petitioner asks this court to prohibit Respondent from seeking discovery on the subject of any alleged marital fault. Respondent has opposed the motion and has asked for an extension of the discovery deadline to obtain discovery from the Petitioner on the subject of alleged marital fault.

For the reasons announced in open court, this court hereby denies Petitioner's motion. The court further grants leave to the Respondent to finish his deposition of the Petitioner. This deposition may take place after the discovery deadline of May 11, 2012, but the Respondent is limited to asking the Petitioner only four questions, which must be directed to the subject of alleged marital fault. Additionally, pretrial briefs are not to include any information as to Petitioner's responses to these additional questions.

Finally, the court hereby adopts the following pretrial filing deadlines as suggested by the parties:

1.    Pretrial briefs:  The parties are to submit their respective pretrial briefs in accordance with this court's normal procedure (including the filing of witness and

exhibit lists) no later than 5:00 p.m. one week prior to trial, or Wednesday, June 6, 2012.

2.    Meet, Mark, & Exchange Exhibits:  The parties are to follow this court's normal procedure, including the submission of Certificate of Compliance.  Exhibit and witness objections are to be filed one day prior to trial, or Tuesday, June 12, 2012.

3.    Deposition Designations:    Deposition Designations would be submitted in accordance with this court's normal procedure.

This court's standard pretrial instructions can be accessed through the District of South Carolina website (www.scd.uscourts.gov).[1]

    IT IS SO ORDERED.

May 10, 2012                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                             United States District Judge

---

[1] To access the pretrial instructions, choose "District Judges" under the "Judges" tab on the court's homepage.  Then choose "Form Orders & Operational Orders" under The Honorable Joseph F. Anderson, Jr.  The document containing this court's pretrial instructions is entitled "Joe Anderson Pretrial Instructions."