IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Maritza Meszaros Reyes, | ) | C/A No.: 3:12-cv-298-JFA |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER ON MOTION FOR |
| | ) | TAKING TESTIMONY OF FOREIGN |
| Harry Lee Langford Jeffcoat, | ) | WITNESSES IN OPEN COURT BY |
| | ) | VIDEOCONFERENCE |
| Respondent. | ) | |

This matter comes before the court on Petitioner's Motion for Taking Testimony of Foreign Witnesses in Open Court by Videoconference. (ECF No. 48). In her motion, Petitioner asks this court to allow her to take the testimony of nine foreign witnesses in open court by videoconference during trial, which is scheduled for June 13, 2012. Respondent has opposed the motion.

This court hereby grants Petitioner's motion. The court notes that the circumstances of this case are unique. The court is permitting testimony in open court by contemporaneous transmission from another location because the court is satisfied that there is both (1) good cause in compelling circumstances and (2) appropriate safeguards in place for the testimony by videoconference. *See* Fed. R. Civ. P. 43(a).

IT IS SO ORDERED.

May 30, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge