# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Maritza Meszaros Reyes ) | |
| *Petitioner* ) | |
| v. ) | |
| Harry Lee Langford Jeffcoat ) | Civil Action No. 3:12-298-JFA |
| *Respondent* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the *(name)* ___ recover from the defendant *(name)* ___ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: **IT IS ORDERED AND ADJUDGED** that petitioner, Maritza Meszaros Reyes, has not proven that the parties' two younger children were wrongfully retained in the United States pursuant to the Hague Convention on the Civil Aspects of International Child Abduction. This court declines to issue an order directing that the parties' two younger children be returned to Venezuela.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict. The plaintiffs ___ recover from the defendant ___ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ tried by the Honorable Joseph F. Anderson, Jr, United States District Judge presiding, without a jury and the above decision was reached.

❐ This action came before the Court for hearing,

Date: June 27, 2012

*CLERK OF COURT*

s/Mary L. Floyd, Deputy Clerk

*Signature of Clerk or Deputy Clerk*