IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Maritza Meszaros Reyes, ) | C/A No.: 3:12-cv-298-JFA |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Harry Lee Langford Jeffcoat, ) | |
| ) | |
| Respondent. ) | |

This matter comes before the court on a bill of costs filed by Harry Lee Langford Jeffcoat ("Respondent") pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil Rule 54.03, and 28 USC § 1920. ECF No. 116. Specifically, Respondent seeks $5,787.62 in costs from Maritza Meszaros Reyes ("Petitioner") as the prevailing party in this action. *Id.* Petitioner objects. ECF No. 117. Petitioner brought the case under the Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act ("ICARA"), 42 U.S.C. § 11603, *et seq.* Because ICARA contains its own fee-shifting scheme, 42 U.S.C. § 11607, this court finds that the recovery of costs is governed by the federal statute rather than by Rule 54. Accordingly, the court hereby denies the bill of costs.

IT IS SO ORDERED.

February 24, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

1